IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **EDNA TUBBS** | § | **PLAINTIFF** |
| | § | |
| v. | § | Civil No. 1:06CV834HSO-JMR |
| | § | |
| **HUNTINGTON INGALLS, INC.** | § | **DEFENDANT** |

## FINAL JUDGMENT

This matter came on to be heard on the Motion for Summary Judgment filed by Defendant Huntington Ingalls, Inc. The Court, after a full review and consideration of Defendant's Motion, Plaintiff's Response, the pleadings on file, and the relevant legal authorities, finds that in accord with its Memorandum Opinion and Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that Judgment is rendered in favor of Defendant pursuant to FED. R. CIV. P. 56. This civil action is hereby dismissed with prejudice. All remaining pending Motions should be and hereby are **DENIED AS MOOT**.

**SO ORDERED AND ADJUDGED**, this the 29th day of August, 2011.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE